RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGINALD MCLUCAS, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

USHEALTH GROUP, INC., a Texas corporation, and USHEALTH ADVISORS, LLC, a Texas company,

*Defendants.*

Case No.

**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

The undersigned, counsel of record for Plaintiff Reginald McLucas, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff Reginald McLucas
- Members of the putative Class
- Defendant USHealth Group, Inc. and any entities or persons interested

therein

- Defendant USHealth Advisors, LLC and any entities or persons interested therein
- Counsel for the parties

Respectfully Submitted,

Dated: December 15, 2021

By: /s/ Rachel E. Kaufman

Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*