**GREENSPOON MARDER LLP**
Germain D. Labat (Cal. Bar No. 203907)
germain.labat@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 323.880.4539
Fax: 954.771.9264

Jeffrey A. Backman (*pro hac vice* application forthcoming)
Florida Bar No. 229091
jeffrey.backman@gmlaw.com
Roy Taub (*pro hac vice* application forthcoming)
Florida Bar No. 116263
roy.taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140

*Attorneys for Defendants*
*USHEALTH Group, Inc. and USHEALTH Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD MCLUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH GROUP, INC., a Texas corporation, and USHEALTH ADVISORS, LLC, a Texas company,<br><br>Defendants. | CASE NO.: 5:21-cv-02091-JWH-SP<br><br>**DECLARATION OF KONRAD H. KOBER** |

Pursuant to 28 U.S.C. §1746, I, Konrad H. Kober, declare as follows:

1. My name is Konrad H. Kober. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Group, Inc. ("USHG").

2. I am the Chief Administrative Officer of USHG. I am familiar with the nature of USHG's business dealings and transactions, and am authorized to make this declaration on behalf of USHG.

3. USHG is a corporation organized under the laws of the State of Delaware.

4. USHG's principal place of business in Fort Worth, Texas.

5. At no time has USHG ever been registered in the State of California as a domestic or foreign corporation.

6. USHG has never had a mailing address in California.

7. USHG has never had an office or physical workspace in California.

8. USHG has never transacted any business in the State of California.

9. USHG has never contracted for services to be performed or for material to be furnished in the State of California.

10. USHG has never sent any representative to California to perform work.

11. USHG is an insurance holding company. It is neither a licensed insurance company nor a licensed insurance agency, and does not market, sell or underwrite any insurance or other products or services in California or anywhere else.

12. USHG did not ever authorize, initiate, make, place, or direct the making of any telephone calls or text messages to Plaintiff. Again, USHG does not market, sell or underwrite any insurance or other products or services in California or anywhere else.

13. USHG has never hired, contracted with, or authorized anyone to make telemarketing calls or text messages, whether in California or anywhere else.

14. USHG has never marketed to sell any insurance product, and USHG does

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520

not make, has never made, and has never hired, contracted with, or authorized anyone to make outbound telemarketing calls or text messages for any purpose, whether in California or anywhere else.

I declare under penalty of perjury that the foregoing is true and correct.

Konrad H. Kober

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520