**GREENSPOON MARDER LLP**
Germain D. Labat (Cal. Bar No. 203907)
germain.labat@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 323.880.4539
Fax: 954.771.9264

Jeffrey A. Backman (*pro hac vice* application forthcoming)
Florida Bar No. 229091
jeffrey.backman@gmlaw.com
Roy Taub (*pro hac vice* application forthcoming)
Florida Bar No. 116263
roy.taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140

*Attorneys for Defendants*
*USHEALTH Group, Inc. and USHEALTH Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD MCLUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USHEALTH GROUP, INC., a Texas corporation, and USHEALTH ADVISORS, LLC, a Texas company,<br><br>Defendants. | CASE NO.: 5:21-cv-02091-JWH-SP<br><br>**DECLARATION OF DEAN WHALEY** |

Pursuant to 28 U.S.C. §1746, I, Dean Whaley, declare as follows:

1. My name is Dean Whaley. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Advisors, LLC ("USHA").

2. I am the Vice President of Financial Planning and Analysis of USHA. I am familiar with the nature of USHA's business dealings and transactions, and am authorized to make this declaration on behalf of USHA.

3. USHA is a limited liability company organized under the laws of the State of Texas.

4. USHA's principal place of business in Fort Worth, Texas.

5. At no time has USHA ever been registered in the State of California as a domestic or foreign corporation.

6. USHA has never had a mailing address in California.

7. USHA has neither requested, initiated, nor facilitated calls to any residents of California.

8. USHA does not have employees located in California.

9. USHA is not licensed or registered to sell insurance products in California, and has not conducted any insurance transactions in California.

10. USHA has no physical facilities in California, does not maintain any offices in California, and owns no real or personal property within the state.

11. None of the independent contracts whom USHA has engaged is authorized to market or sell any insurance products through USHA to any resident of California.

12. USHA has not created or published any advertising material directed toward potential consumers within the state of California.

13. USHA is not licensed as an insurance company or as an insurance agency in California, and therefore does not market, sell or underwrite any insurance or other

GREENSPOON MARDER
375 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520

products or services to California residents. For the same reasons, USHA has never hired, contracted with, or authorized anyone to make telemarketing calls or text messages to anyone in California.

14. USHA does not initiate, make, or place any telemarketing telephone calls or text messages. USHA thus never placed or initiated a telephone call or text message to Plaintiff.

15. USHA has never authorized any third party to place or initiate a telephone call or text message to Plaintiff, and certainly not one that would violate the "do-not-call" rules or any other aspect of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

16. USHA contracts with independent insurance advisors – meaning that they are licensed insurance advisors (or "agents") under their respective states laws, not that they act as USHA's agents for purposes of an agency relationship – and these independent insurance advisors sell insurance products underwritten by certain insurance carriers. These independent insurance advisors are independent contractors, and are not employed by USHA.

17. USHA does not control or have the right to control the day-to-day activities of the independent licensed insurance advisors, including how they decide to sell insurance policies. However, if they choose to use the telephone to do so, their contracts with USHA require them to comply with all applicable federal and state laws, which includes the TCPA.

I declare under penalty of perjury that the foregoing is true and correct.

Dean Whaley

GREENSPOON MARDER
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067
TEL: 323.880.4520