RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

REGINALD MCLUCAS, individually and on behalf of all others similarly situated,

Plaintiff,

*v.*

USHEALTH GROUP, INC., a Texas corporation, and USHEALTH ADVISORS, LLC, a Texas company,

Defendants.

Case No. 5:21-cv-02091-JWH-SP

**NOTICE OF VOLUNTARY DISMISSAL**

Honorable John W. Holcomb

Plaintiff Reginald McLucas hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 14, 2022

Respectfully Submitted,

By: /s/ Rachel E. Kaufman
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor

Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*