# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD MCLUCAS<br><br>Plaintiff(s),<br><br>v.<br><br>USHEALTH GROUP, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21–cv–02091–JWH–SP<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  3/14/2022          20         Notice of Voluntary Dismissal  

 Date Filed        Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

   The document is ACCEPTED as filed. The Court treats the Notice of Voluntary Dismissal as invoking Rule 41(a)(1)(A)(i). This matter is hereby dismissed without prejudice. (JS–6)


                                                     Clerk, U.S. District Court

Dated: March 18, 2022                    By: /s/ *Irene Vazquez*
                                                          Deputy Clerk


*cc: Assigned District Judge and/or Magistrate Judge*